DOCUMENT 2

ELECTRONICALLY FILED
1/10/2022 2:32 PM
03-CV-2022-900031.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK



## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| JAMIE D. MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:_____ |
| | ) |

LINETEC SERVICES POWER HOLDING, LLC, and WILTON D. SMITH, JR.; and Fictitious Party Defendants, No. 1, whether singular or plural, Plaintiff hereby intending to designate the driver of any motor vehicle whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 2, whether singular or plural that individual or entity who or which owned and negligently and/or wantonly entrusted a motor vehicle to any driver whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 3, whether singular or plural, that individual or entity who or which negligently and/or wantonly provided maintenance, repair, alteration and upkeep on any motor vehicle or equipment involved in the collision made the basis of Plaintiff's complaint or that individual or entity, who or which was responsible for the defective condition of any vehicle involved in the collision made the basis of Plaintiff's complaint; No. 4, whether singular or plural, that individual or entity who or which negligently and/or wantonly hired, trained or supervised the driver of any motor vehicle whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 5, whether singular or plural, that individual or entity who or which was the master, principal or employer of the driver of any motor vehicle or that individual or entity for whom the driver of any motor vehicle was performing any type of service or duty whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 6, whether singular or plural, that individual or entity whose breach of contract or warranty, negligence, wantonness and/or other wrongful conduct contributed to cause the collision made the basis of Plaintiff's complaint; No. 7, whether singular or plural, that individual or entity who or which provided any insurance coverage, of whatever kind or character, to Plaintiff as an insured or beneficiary and/or to any of the named or Fictitious Party Defendants; No. 8, whether singular or plural, that individual or entity which is the successor in interest of any of the named or Fictitious Party Defendants; Plaintiff avers that the identities of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, their identities as proper Party Defendants are not known to Plaintiff at this time but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,

| | |
|---|---|
| | ) |
| Defendants. | ) |

## COMPLAINT

1. Plaintiff, Jamie D. Murphy, is a resident of Montgomery County, Alabama, and is

over 19 years of age.

2.     Defendant, LineTec Services Power Holding, LLC, upon information and belief, is foreign partnership/corporation doing business in Montgomery County, Alabama.

3.     Defendant, Wilton D. Smith, Jr., upon information and belief, is a resident of Lenoir County, North Carolina, and is over 19 years of age.

4.     Plaintiff hereby adopts and incorporates by reference the fictitious parties in interest, described as Nos. 1 through 8, fully and completely as if set out herein. Plaintiff avers further that the true legal names of the Fictitious Party Defendants as proper party Defendants are currently unknown to Plaintiff, but will be supplemented by amendment upon being ascertained.

### Statement of Facts

5.     On or about August 29, 2020, Plaintiff, Jamie D. Murphy owned and was lawfully operating a 2014 Nissan Sentra in Montgomery County, Alabama. Defendant, Wilton D. Smith, Jr, was unlawfully operating a 2002 tractor trailer for LineTec Services Power Holding, LLC. Plaintiff was stopped at the traffic signal at the intersection of Woodmere Boulevard and Eastern Boulevard.  At the same time, Defendant Smith was attempting to make a right turn onto Woodmere Boulevard from Eastern Boulevard and then left onto a service road when he collided with Plaintiff's vehicle.  The force of the collision lodged Plaintiff's vehicle underneath the trailer. Plaintiff was injured as a result of the collision.

6.     As a proximate consequence of the negligent, reckless, wanton and/or unlawful conduct of Defendants, Plaintiff was caused to suffer severe injuries.

## COUNT I
### (Negligence/Recklessness/Wantonness)

7. Plaintiff adopts and incorporates by reference all allegations of the preceding paragraphs of the Complaint:

8. At the time set forth hereinabove, Defendants negligently, recklessly and/or wantonly operated a motor vehicle in such a manner as to cause his vehicle to collide with Plaintiff's vehicle, injuring Plaintiff. As a result of such action, and as a proximate result of the negligence, recklessness and/or wantonness of the Defendants, Plaintiff, Jamie D. Murphy, was caused to suffer injuries and damages.

9. The aforesaid negligent, reckless and/or wanton conduct of the Defendant caused Jamie D. Murphy, to suffer injuries and damages including, but not limited to:

   a. Bodily injuries.

   b. Mental anguish and emotional distress.

   c. Physical pain and discomfort.

   d. Past and future medical expenses.

   e. Lost wages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Jamie D. Murphy, demands judgment against the Defendants, whether named or fictitiously described, for a reasonable sum of money based upon the facts and circumstances of this particular matter for compensatory and punitive damages, plus costs and interest, and such other and further relief to which she may be entitled.

## COUNT II
### (Fictitious Parties)

10. All foregoing counts and causes of action stated herein or contained in any subsequent amendment are hereby adopted and alleged against any fictitious party described in the caption and style of this or any Amended Complaint.

11. Plaintiff alleges that the wrongful conduct of the fictitious party Defendants combined and concurred with the negligent, recklessness and wanton conduct of the named Defendants and, as a proximate consequence thereof, Plaintiff was injured and damaged as previously described.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the fictitiously described Defendants for a reasonable sum of money based upon the facts and circumstances of this particular matter for compensatory damages, punitive damages, plus costs and interest, and such other and further relief to which she may be entitled.

s/ Alyssa Noles Daniels
**ALYSSA NOLES DANIELS (NOL018)**
Attorney for Plaintiff

**OF COUNSEL:**
Shunnarah Injury Lawyers, P.C.
2900 1st Avenue South
Birmingham, AL 35233
P: (205) 983-8169
F: (205) 983-8469
E: adaniels@asilpc.com

## PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY

s/ Alyssa Noles Daniels
**ALYSSA NOLES DANIELS (NOL018)**
Attorney for Plaintiff

**PLAINTIFF'S ADDRESS**

Jamie D. Murphy
c/o SHUNNARAH INJURY LAWYERS
2900 1st Avenue South
Birmingham, Alabama 35233

**DEFENDANTS TO BE SERVED BY CERTIFIED MAIL**

LineTec Services Power Holding, LLC
c/o Cory Close
6505 Taylor Oaks
Alexandria, LA 71301

Wilton D. Smith, Jr.
300 Panther Creek Road
Pink Hill, NC 28572